# UNITED STATES DISTRICT COURT
## District of Minnesota

United States of America,

                Plaintiff(s),

v.

$12,000.00 in U.S. Currency,

                Defendant(s).

Terry Scruggs,

                Claimant.

**AMDNDED JUDGMENT IN A CIVIL CASE**

Case Number: 18-cv-2214 (PJS/BRT)

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1.    The Stipulation of Settlement (Doc. No. 22) is **APPROVED**; and

2.    The return of the $12,000.00 as set forth in the parties Stipulation of Settlement shall be in full and final settlement and satisfaction of all claims by Claimant Terry Scruggs arising from the seizure and detention of the Defendant Currency; and

3.    This action is **DISMISSED WITH PREJUDICE** and without further cost to either party.

Date: April 11, 2019

                KATE M. FOGARTY, CLERK

                s/Jennifer Beck
                (By) Jennifer Beck, Deputy Clerk